ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Baghdadi Swords Company ) | ASBCA No. 59063 |
| ) | |
| Under Contract No. M20133-06-M-6080 ) | |

APPEARANCE FOR THE APPELLANT:     Mr. Kaed Wathik
                                  Owner

APPEARANCES FOR THE GOVERNMENT:   Raymond M. Saunders, Esq.
                                  Army Chief Trial Attorney
                                  MAJ Michael G. Pond, JA
                                  Trial Attorney

ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

By Order dated 11 December 2015, appellant was ordered to show cause, no later than 28 December 2015, why the appeal should not be dismissed for failure to prosecute. The 11 December 2015 Order was sent to appellant at the email address provided on 29 June 2015 by appellant's former counsel. This is the same email address that appears in the record on several communications between appellant and various government personnel. The Board has received no response from appellant to its 11 December Order. Appellant likewise failed to respond to earlier Board Orders. Accordingly, this appeal is dismissed with prejudice under Board Rule 17.

Dated: 8 January 2016


MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals


(Signatures continued)

I concur                                    I concur

RICHARD SHACKLEFORD                         CRAIG S. CLARKE
Administrative Judge                        Administrative Judge
Vice Chairman                               Armed Services Board
Armed Services Board                        of Contract Appeals
of Contract Appeals


        I certify that the foregoing is a true copy of the Order of Dismissal of the Armed
Services Board of Contract Appeals in ASBCA No. 59063, Appeal of Baghdadi Swords
Company, rendered in conformance with the Board's Charter.

        Dated:


                                            JEFFREY D. GARDIN
                                            Recorder, Armed Services
                                            Board of Contract Appeals

2